# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CLOSE ENTERPRISES, INC. d/b/a CLOSE AUTO SALES, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ERIE INSURANCE GROUP a/k/a ERIE INSURANCE EXCHANGE,<br><br>Defendant. | Case No.: 1:20-cv-00147 |

## ORDER

AND NOW, on this _____ day of _____, 2020 upon consideration of Defendant's Motion to Dismiss and Plaintiff's response hereto, it is hereby ORDERED, ADJUDGED and DECREED that Defendant's Motion is DENIED.

BY THE COURT:

_____
J.